## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRANDON W. OWENS,** | ) | |
| | ) | |
| **Individually And On Behalf Of All** | ) | |
| **Others Similarly Situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 12-CV-04157** |
| | ) | |
| **DART CHEROKEE BASIN** | ) | |
| **OPERATING CO. LLC, and** | ) | |
| **CHEROKEE BASIN PIPELINE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTION TO REMAND

Plaintiff Brandon W. Owens, individually and on behalf of the proposed plaintiff class, moves to remand this royalty owners class action for underpayment of royalties to state court. The Defendants removed the case from state court claiming diversity jurisdiction under Class Action Fairness Act, 28 U.S.C. §1332(d), and under the procedures governing removal in 28 U.S.C. §1441.  But Defendants have failed to demonstrate by competent evidence that the required amount in controversy has been met.  Absent a showing in accordance with the law, this case should be remanded to state court.

Plaintiff incorporates his contemporaneously filed memorandum in support of this motion.

Respectfully submitted,

/s/ Rex A. Sharp
Rex A. Sharp KS#12350
Barbara C. Frankland, KS#14198
Gunderson, Sharp & Walke, L.L.P.
5301 W. 75th Street
Prairie Village, KS 66208

(913) 901-0500
(913) 901-0419 fax

David E. Sharp KS #10624
Gunderson Sharp & Walke, LLP
712 Main Street, Suite 1400
Houston, TX 77002
(713) 490-3822
(713) 583-5448 fax
dsharp@midwest-law.com

John F. Edgar KS#18080
Edgar Law Firm LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
(816) 531-0033
(816) 531-3322 fax
jfe@edgarlawfirm.com

Grady Young KS#9000
714 Walnut
Coffeyville, KS 67337
(620) 251-9000
seklaw@seklaw.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of the documents filed in this matter.

/s/ Rex A. Sharp