IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRANDON W. OWENS, )
)
        Plaintiff, )
)
v. )   Case No. 12-4157-JAR
)
DART CHEROKEE BASIN OPERATING )
CO., LLC, et al., )
)
        Defendants. )

## **ORDER**

Plaintiffs have filed a motion to stay all further proceedings in this case until the parties have engaged in mediation **(doc. 14)**. Defendants do not oppose the entry of a stay. Upon reviewing the motion and docket, and after consultation with the presiding U.S. District Judge, Julie A. Robinson, before whom three dispositive motions are pending, the undersigned U.S. magistrate judge concurs with the parties that a stay of all pretrial proceedings—including the planning meeting conference, initial disclosures, and briefing on the dispositive motions—is warranted.

In consideration of the foregoing, and upon good cause shown,

IT IS HEREBY ORDERED:

1.       Plaintiffs' motion to stay (**doc. 14**) is granted.

2.       All pretrial proceedings in this case, including discovery, initial disclosures, and motion briefing, are stayed until further order of the court.

3. The scheduling conference set for January 22, 2013 at 11:00 a.m. is cancelled. The January 4, 2013 deadline for the parties to submit a report of planning conference pursuant to Fed. R. Civ. P. 26(f) is vacated.

4. Plaintiffs shall submit a status report by April 1, 2013, or within fourteen days of the completion of mediation, whichever is sooner.

IT IS SO ORDERED.

Dated January 2, 2013, at Kansas City, Kansas.


                            s/ James P. O'Hara
                            James P. O'Hara
                            U.S. Magistrate Judge