IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON W. OWENS, on behalf of himself and all other similarly situated, )<br><br>Plaintiffs, )<br>v.  )<br><br>DART CHEROKEE BASIN OPERATING )<br>COMPANY, LLC, GAS AUTHORITY )<br>SUPPLIES, LLC, and CHEROKEE BASIN )<br>PIPELINE, LLC, )<br><br>Defendants. ) | Case No. 12-4157-JAR-JPO |

**ORDER APPROVING SETTLEMENT ADMINISTRATION AND CLOSING CASE**

Before the Court is Plaintiff Class's Unopposed Motion for Final Distribution and Case Closure filed December 12, 2016 (Dkt. 92) ("Plaintiff's Motion"). The Court, having reviewed the Motion and supporting documents, including Declarations of Laura Ortiz Regarding Disbursement of Common Fund Settlement Proceeds, filed by Plaintiff Class, and being fully advised in the premises, hereby

ORDERS:

1. The Declarations of Laura Ortiz Regarding Disbursement of Common Fund Settlement Proceeds dated August 17, 2016 and December 1, 2016, filed as exhibits to Plaintiff's Motion, are accepted by the Court.

2. The $5,175.96 balance remaining in the settlement fund shall be distributed to Class Action Administration, LLC ("Settlement Administrator") to pay outstanding administration expenses.

1

3. The Court finds the Settlement Administrator has fully performed its duties under the Final Order Approving Class Action Settlement and Judgment, the Order Approving Plaintiff Class's Motion for 1) Attorneys' Fees and Litigation Expenses; 2) Incentive Award for Class Representative; and 3) Reimbursement of Administration Expenses, and the Plan of Allocation and Distribution Order. The Settlement Administrator is hereby released from further Settlement Administration duties.

4. Upon distribution of the remaining balance in the settlement account to Class Action Administration, per paragraph 2 of this Order, this case shall be finally closed.

IT IS SO ORDERED.

Dated: December 16, 2016

                                              S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              UNITED STATES DISTRICT JUDGE